# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROOZBEH SEIFOLLAHY ASTARAEE** : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-1522** |
| : | |
| **VILLANOVA UNIVERSITY** : | |

_____

## ORDER

This 18th day of December, 2020, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 12) is **GRANTED in part** and **DENIED in part**, as follows.

Defendant's Motion is granted as to Plaintiff's breach of contract claim related to the denial of his opportunity to appeal his dismissal. This claim is outlined in Plaintiff's Amended Complaint (ECF 7) under "Count III" at paragraph 142(c)-(d). In all other respects Defendant's Motion is denied.

   /s/ Gerald Austin McHugh
United States District Judge